[No. 18850-7-III.   Division Three.   December 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WAYNE COURSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00256-7, Philip M. Raekes, J., entered October 13, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18765-9-III.   Division Three.   December 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY CASEY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 99-1-00076-6, Lesley A. Allan, J., entered September 29, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 24316-4-II.   Division Two.   December 8, 2000.]

LARRY DIANOVICH, *Appellant*, v. GRAYS HARBOR COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-01890-8, Gary Tabor, J., entered January 8, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24835-2-II.   Division Two.   December 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DWAYNE BORG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-00094-7, Terry D. Sebring, J., entered May 28, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J., and Williams, J. Pro Tem.